# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-18731-MDC

LEON D. CHAMBERS

5113 WAYNE AVENUE, APT. 1

PHILADELPHIA, PA 19144

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

LEON D. CHAMBERS

5113 WAYNE AVENUE, APT. 1

PHILADELPHIA, PA 19144

Counsel for debtor(s), by electronic notice only.

MICHAEL J VENEZIANI
1601 MARKET ST
SUITE 1500
PHILADELPHIA, PA 19103-

Date: 8/23/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee