# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 14-18731-MDC

LEON D. CHAMBERS

5113 WAYNE AVENUE, APT. 1

PHILADELPHIA, PA 19144

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  LEON D. CHAMBERS

  5113 WAYNE AVENUE, APT. 1

  PHILADELPHIA, PA 19144

Counsel for debtor(s), by electronic notice only.

  MICHAEL J VENEZIANI
  1601 MARKET ST
  SUITE 1500
  PHILADELPHIA, PA 19103-

Date: 1/3/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee