# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                          Chapter 13

                                          Bankruptcy No. 14-18731-MDC

LEON D. CHAMBERS

5113 WAYNE AVENUE, APT. 1

PHILADELPHIA, PA 19144

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

LEON D. CHAMBERS

5113 WAYNE AVENUE, APT. 1

PHILADELPHIA, PA 19144

Counsel for debtor(s), by electronic notice only.

MICHAEL J VENEZIANI
1601 MARKET ST
SUITE 1500
PHILADELPHIA, PA 19103-

                                     /S/ William C. Miller

Date: 8/8/2017                  _____

                                      William C. Miller, Esquire
                                    Chapter 13 Standing Trustee