UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEON D. CHAMBERS              Chapter 13

              Debtor           Bankruptcy No. 14-18731-MDC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this __28th__ day of __September__, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
MICHAEL J VENEZIANI
1601 MARKET ST
SUITE 1500
PHILADELPHIA, PA 19103-

Debtor:
LEON D. CHAMBERS

5113 WAYNE AVENUE, APT. 1

PHILADELPHIA, PA 19144