United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 14-18731-mdc
Leon D. Chambers                                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1              Date Rcvd: Oct 04, 2017
                              Form ID: pdf900         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2017.
```
db         +Leon D. Chambers,    5113 Wayne Avenue, Apt. 1,    Philadelphia, PA 19144-3525
cr         +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,    Suite 3000,
             Southfield, MI 48034-8331
13415841   +Christine Hunt,    1510 W. Glenwood Ave.,    Philadelphia, PA 19132-2209
13415842   +Constance Crawford,    5113 Waye Ave. Apt 3,    Philadelphia, PA 19144-3525
13415843   +Credit Acceptance Corporation,    25505 W. 12 Mile Rd. Ste. 3000,    Southfield, MI 48034-8331
13415844   +Denise And Steven Jiles,    5113 Wayne Ave. Apt 1,    Philadelphia, PA 19144-3525
13415845   +Louis P. Vitti, Esquire,    215 Fourth Avenue,    Pittsburgh, PA 15222-1707
13415846   +Michael L. Mitchell,    5113 Wayne Ave. Apt 2,    Philadelphia, PA 19144-3525
13427881   +PHILADELPHIA GAS WORKS,    800 W MONTGOMERY AVE,3F,    PHILADELPHIA, PA 19122-2898,
             ATTN:BANKRUPTCY UNIT
13487373   +PNC Bank, National Association,    Attn: Bankruptcy Department,    3232 Newmark Drive,
             Miamisburg, OH 45342-5421
13415849   +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13415847   +Pennsylvania Turnpike,    C/O Linebarger, Goggan, Blair And Sampso,    297 Care Street, Ste. 201,
             Harrisburg, PA 17109-1521
13415848   +Philadelphia Domestic Relations,    34 S. 11th Street, Ste. 304,    Philadelphia, PA 19107-4912
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Oct 05 2017 01:27:56      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2017 01:27:28
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 05 2017 01:27:41      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13415840    E-mail/Text: bankruptcy@phila.gov Oct 05 2017 01:27:56      City Of Philadelphia Law Department,
             Tax Unit - Bankruptcy,    1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102
13415850   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2017 01:29:56
             Portfolio Recovery And Affiliates,    140 Corporate Blvd.,    Norfilk, VA 23502-4952
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2017 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          ASHLEY M. SULLIVAN    on behalf of Debtor Leon D. Chambers asullivan@freedmanlorry.com,
           hbanks@freedmanlorry.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   Credit Acceptance Corporation
           ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

    LEON D. CHAMBERS                       Chapter 13

                 Debtor                 Bankruptcy No. 14-18731-MDC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

AND NOW, this ___28th___ day of ___September___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL J VENEZIANI
1601 MARKET ST
SUITE 1500
PHILADELPHIA, PA 19103-

Debtor:
LEON D. CHAMBERS

5113 WAYNE AVENUE, APT. 1

PHILADELPHIA, PA 19144