United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-18731-mdc
Leon D. Chambers                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eileen          Page 1 of 1           Date Rcvd: Dec 28, 2017
                              Form ID: 167          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2017.
```
db            +Leon D. Chambers,    5113 Wayne Avenue, Apt. 1,    Philadelphia, PA 19144-3525
cr            +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,    Suite 3000,
                Southfield, MI 48034-8331
13415841      #+Christine Hunt,    1510 W. Glenwood Ave.,    Philadelphia, PA 19132-2209
13415842      +Constance Crawford,    5113 Waye Ave. Apt 3,    Philadelphia, PA 19144-3525
13415843      +Credit Acceptance Corporation,    25505 W. 12 Mile Rd. Ste. 3000,    Southfield, MI 48034-8331
13415844      +Denise And Steven Jiles,    5113 Wayne Ave. Apt 1,    Philadelphia, PA 19144-3525
13415845      +Louis P. Vitti, Esquire,    215 Fourth Avenue,    Pittsburgh, PA 15222-1707
13415846      +Michael L. Mitchell,    5113 Wayne Ave. Apt 2,    Philadelphia, PA 19144-3525
13427881      +PHILADELPHIA GAS WORKS,    800 W MONTGOMERY AVE,3F,    PHILADELPHIA, PA 19122-2898,
                ATTN:BANKRUPTCY UNIT
13487373      +PNC Bank, National Association,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                Miamisburg, OH 45342-5421
13415849      +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13415847      +Pennsylvania Turnpike,    C/O Linebarger, Goggan, Blair And Sampso,    297 Care Street, Ste. 201,
                Harrisburg, PA 17109-1521
13415848      +Philadelphia Domestic Relations,    34 S. 11th Street, Ste. 304,    Philadelphia, PA 19107-3623
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13415840       E-mail/Text: bankruptcy@phila.gov Dec 29 2017 00:38:52     City Of Philadelphia Law Department,
                Tax Unit - Bankruptcy,    1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102
13415850      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2017 00:39:30
                Portfolio Recovery And Affiliates,    140 Corporate Blvd.,    Norfilk, VA 23502-4952
                                                                                              TOTAL: 2
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ASHLEY M. SULLIVAN    on behalf of Debtor Leon D. Chambers asullivan@freedmanlorry.com,
               hbanks@freedmanlorry.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Leon D. Chambers
    Debtor(s)                         Case No: 14−18731−mdc
                                       Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*rescheduled
MOTION TO VACATE ORDER DISMISSING CASE FILED BY THE TRUSTEE

on: 1/25/18

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/28/17

Timothy B. McGrath
Clerk of Court

98 − 95
Form 167