**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| LEON D. CHAMBERS | : | CHAPTER 13 |
| | : | BANKRUPTCY NO. 14-18731 MDC |

**CERTIFICATE OF NO RESPONSE**

I, Jacqueline M. Chandler, do hereby certify that no response has been filed to the trustee's Motion to Vacate Dismissal and requests that the motion be granted.

Respectfully submitted,

Date: April 17, 2018

s/Jacqueline M. Chandler for
William C. Miller, Esquire
Chapter 13 Standing Trustee