United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-18731-mdc
Leon D. Chambers                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD           Page 1 of 2           Date Rcvd: Sep 19, 2018
                              Form ID: 138NEW          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
db             +Leon D. Chambers,    5113 Wayne Avenue, Apt. 1,    Philadelphia, PA 19144-3525
cr             +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,    Suite 3000,
                 Southfield, MI 48034-8331
13415841       #+Christine Hunt,    1510 W. Glenwood Ave.,    Philadelphia, PA 19132-2209
13415842       +Constance Crawford,    5113 Waye Ave. Apt 3,    Philadelphia, PA 19144-3525
13415843       +Credit Acceptance Corporation,    25505 W. 12 Mile Rd. Ste. 3000,    Southfield, MI 48034-8331
13415844       +Denise And Steven Jiles,    5113 Wayne Ave. Apt 1,    Philadelphia, PA 19144-3525
13415845       +Louis P. Vitti, Esquire,    215 Fourth Avenue,    Pittsburgh, PA 15222-1707
13415846       +Michael L. Mitchell,    5113 Wayne Ave. Apt 2,    Philadelphia, PA 19144-3525
13427881       +PHILADELPHIA GAS WORKS,    800 W MONTGOMERY AVE,3F,    PHILADELPHIA, PA 19122-2898,
                 ATTN:BANKRUPTCY UNIT
13487373       +PNC Bank, National Association,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
13415849       +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13415847       +Pennsylvania Turnpike,    C/O Linebarger, Goggan, Blair And Sampso,    297 Care Street, Ste. 201,
                 Harrisburg, PA 17109-1521
13415848       +Philadelphia Domestic Relations,    34 S. 11th Street, Ste. 304,    Philadelphia, PA 19107-3623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 20 2018 02:29:50     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 20 2018 02:29:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 20 2018 02:29:28     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13415840        E-mail/Text: megan.harper@phila.gov Sep 20 2018 02:29:50     City Of Philadelphia Law Department,    Tax Unit - Bankruptcy,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102
13415850       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2018 02:40:13
                 Portfolio Recovery And Affiliates,    140 Corporate Blvd.,    Norfilk, VA 23502-4952
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ASHLEY M. SULLIVAN    on behalf of Debtor Leon D. Chambers asullivan@freedmanlorry.com,
               hbanks@freedmanlorry.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              THOMAS I. PULEO    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-2          User: YvetteWD           Page 2 of 2              Date Rcvd: Sep 19, 2018
                              Form ID: 138NEW          Total Noticed: 18


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Leon D. Chambers
    Debtor(s)

Bankruptcy No: 14–18731–mdc
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/19/18

108 – 107
Form 138_new