United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-18731-mdc
Leon D. Chambers                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD         Page 1 of 2              Date Rcvd: Nov 05, 2018
                            Form ID: 206           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2018.
db          +Leon D. Chambers,    5113 Wayne Avenue, Apt. 1,    Philadelphia, PA 19144-3525
cr          +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,    Suite 3000,
              Southfield, MI 48034-8331
13415842    +Constance Crawford,    5113 Waye Ave. Apt 3,    Philadelphia, PA 19144-3525
13415843    +Credit Acceptance Corporation,    25505 W. 12 Mile Rd. Ste. 3000,    Southfield, MI 48034-8331
13415844    +Denise And Steven Jiles,    5113 Wayne Ave. Apt 1,    Philadelphia, PA 19144-3525
13415845    +Louis P. Vitti, Esquire,    215 Fourth Avenue,    Pittsburgh, PA 15222-1707
13415846    +Michael L. Mitchell,    5113 Wayne Ave. Apt 2,    Philadelphia, PA 19144-3525
13427881    +PHILADELPHIA GAS WORKS,    800 W MONTGOMERY AVE,3F,    PHILADELPHIA, PA 19122-2898,
              ATTN:BANKRUPTCY UNIT
13487373    +PNC Bank, National Association,    Attn: Bankruptcy Department,    3232 Newmark Drive,
              Miamisburg, OH 45342-5421
13415849    +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13415847    +Pennsylvania Turnpike,    C/O Linebarger, Goggan, Blair And Sampso,    297 Care Street, Ste. 201,
              Harrisburg, PA 17109-1521
13415848    +Philadelphia Domestic Relations,    34 S. 11th Street, Ste. 304,    Philadelphia, PA 19107-3623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Nov 06 2018 02:40:54     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 06 2018 02:40:40
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 06 2018 02:40:50     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13415840     E-mail/Text: megan.harper@phila.gov Nov 06 2018 02:40:54
              City Of Philadelphia Law Department,    Tax Unit - Bankruptcy,
              1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102
13415850    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 06 2018 02:47:21
              Portfolio Recovery And Affiliates,    140 Corporate Blvd.,    Norfilk, VA 23502-4952
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13415841    ##+Christine Hunt,    1510 W. Glenwood Ave.,    Philadelphia, PA 19132-2209
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              ASHLEY M. SULLIVAN    on behalf of Debtor Leon D. Chambers asullivan@freedmanlorry.com,
               hbanks@freedmanlorry.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: Nov 05, 2018
                              Form ID: 206                Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                                                                                                         TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Leon D. Chambers                                                                    Case No: 14−18731−mdc

    Debtor(s)

_____

### NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

 

For The Court

Dated: 11/5/18

Timothy B. McGrath
Clerk of Court

114
Form 206